■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARY LaROCCA, Appellant. [842 NYS2d 353]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Orange County (Berry, J.), imposed April 28, 2005, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Crane, Santucci, Fisher and Carni, JJ., concur.